No. 8436.   STATE EX REL. LUI SALINA, RELATOR, *v.* DIS-TRICT COURT ET AL., RESPONDENTS.

Decided April 30, 1943.

PER CURIAM.—The writ prayed for herein is denied.

*Messrs. Murch & Wuerthner* and *Mr. W. L. Hyde,* for Relator.